UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DELL, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-2668** |
| **SIGMUND J. SOLARES, ET AL.** | **SECTION "A"(1)** |

### ORDER

By Order dated March 4, 2008, the Court granted Dell's Consented Motion to Stay, ordering that all activities not germane to the issue of Phelps Dunbar LLP's involvement in this proceeding be held in abeyance until further order of the Court or until such issue is otherwise resolved as agreed in writing by the parties.

The parties having now advised the Court that they will travel to San Francisco on October 15, 2008, to mediate this matter,

Accordingly;

**IT IS ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case

shall be restored to the trial docket and shall be reset by order of this Court upon motion of a party if circumstances change, so that the case may proceed to final disposition.  This order shall not prejudice the rights of the parties to this litigation.

    September 11, 2008

                                                                     _____

                                                                          JAY C. ZAINEY
                                                           UNITED STATES DISTRICT JUDGE